UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

          Plaintiff,

    -v-                              08-CV-00154A

$10,280.00 UNITED STATES CURRENCY,

          Defendant.

## ORDER OF PUBLICATION

Upon review of the Petition for Order of Publication filed by the plaintiff which was dated March 13, 2008, and upon all the pleadings and proceedings in this action, by all of which it appears to the satisfaction of this Court that the plaintiff is entitled to the relief herein granted, it is hereby

**ORDERED**, that the plaintiff is to provide public notice of this action by publishing once in the *Buffalo Law Journal*, and by posting a notice on an official internet government site for at least 30 consecutive days as provided for in Title 28, United States Code, Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims; and it is further

**ORDERED**, that said public notice must specify that a Verified Claim must be filed with the Clerk of the United States District Court, Western District of New York, pursuant to Rule G(5) of the

Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, by the time stated in a direct notice sent under Rule G(4)(b); or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, no later than thirty (30) days after final publication of newspaper notice or legal notice under Rule G(4)(a) or no later than 60 days after the first day of publication on an official internet government forfeiture site; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time within which a person must file such Verified Claim; and must serve his or her Answer to the Complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within twenty (20) days after filing the Claim.

SO ORDERED.

                                        s/ *Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

DATED: March 17, 2008